UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANK OF AMERICA, N.A., as Successor
to LaSalle Bank National Association,

    Plaintiff,

v.                                            CASE NO: 8:11-cv-1925-T-26EAJ

CPX TAMPA GATEWAY OPAG, LLC,
CORPOREX BUSINESS PARK-PROPERTY
OWNERS ASSOCIATION, INC.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Unopposed Motion to Intervene, Substitute Party-Plaintiff, and to Realign Parties Due to Transfer of Underlying Mortgage Loan (Dkt. 15) is granted.  SMA Portfolio Owner LLC (SMA) is allowed to intervene in this action and is substituted as the party Plaintiff in place of Bank of America, N.A. (BOA).  BOA shall remain a party to this action but shall be realigned as a counterclaim Defendant.  The Clerk shall change the style of this case in the manner set forth in SMA's First Amended Commercial Mortgage Foreclosure Complaint attached to the motion as Exhibit A.

**DONE AND ORDERED** at Tampa, Florida, on November 1, 2011.

                      s/*Richard A. Lazzara*
                      **RICHARD A. LAZZARA**
                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record